UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAGE THERAPEUTICS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 1:17-cv-11089-RGS <br> ) |
| v. | ) <br> ) |
| SAGE NATURALS, INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### SAGE THERAPEUTICS, INC.'S ANSWER TO
### DEFENDANT'S COUNTERCLAIMS

Plaintiff Sage Therapeutics, Inc. ("Sage Therapeutics") submits this Answer in response to the Counterclaims of Defendant Sage Naturals, Inc., formerly known as Sage Biotech, Inc. ("Sage Naturals").

### THE PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

5. Sage Therapeutics admits that Sage Naturals asserts counterclaims pursuant to the laws authorizing actions for declaratory judgment, but denies the sufficiency of Sage Naturals' allegations. Otherwise denied.

6. Admitted.

7. Admitted.

8. Admitted.

## FIRST COUNTERCLAIM

### (Declaratory Judgment of Non-Infringement)

9. Sage Therapeutics incorporates by reference the preceding paragraphs above as though fully set out herein.

10. Admitted.

11. Denied.

12. Admitted that an actual case or controversy exists between the parties concerning Sage Therapeutics' trademark claims against Sage Naturals in this case. Otherwise denied.

13. Sage Therapeutics admits that Sage Naturals seeks a declaratory judgment that Sage Naturals does not infringe and has not infringed any of Sage Therapeutics' trademark rights, but denies the sufficiency of Sage Naturals' allegations. Otherwise denied.

## SECOND COUNTERCLAIM

### (Declaratory Judgment of Invalidity)

14. Sage Therapeutics incorporates by reference the preceding paragraphs above as though fully set out herein.

15. Admitted.

16. Denied.

17. Admitted that an actual case or controversy exists between the parties concerning the validity of Sage Therapeutics' trademark rights asserted in this case. Otherwise denied.

18. Sage Therapeutics admits that Sage Naturals seeks a declaratory judgment that Sage Therapeutics' trademark rights asserted in this case are invalid, but denies the sufficiency

of Sage Naturals' allegations.  Otherwise denied.

## THIRD COUNTERCLAIM

### (Unfair Competition under the Lanham Act)

19. Sage Therapeutics incorporates by reference the preceding paragraphs above as though fully set out herein.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## PRAYER FOR RELIEF

Sage Naturals is not entitled to any of the relief requested in the Prayer for Relief section of its Counterclaims.

| | |
|---|---|
| Date:  December 18, 2017 | Respectfully submitted,<br><br>SAGE THERAPEUTICS, INC.<br><br>By its attorneys,<br><br>/s/ Lisa M. Tittemore<br>Lisa M. Tittemore (BBO # 567941)<br>Brandon T. Scruggs (BBO # 672541)<br>Sharona H. Sternberg (BBO # 682384)<br>SUNSTEIN KANN MURPHY & TIMBERS LLP<br>125 Summer Street<br>Boston, MA 02110-1618<br>Tel:  (617)  443-9292<br>Fax:  (617)  443-0004<br>Email:  ltittemore@sunsteinlaw.com<br>Email:  bscruggs@sunsteinlaw.com<br>Email:  ssternberg@sunsteinlaw.com<br>*Attorneys for Plaintiff Sage Therapeutics, Inc.* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 18, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.2(b).

                                                                                         */s/ Brandon T. Scruggs*<br>
                                                                                         Brandon T. Scruggs

04362/05001 2841262.1