IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAGE THERAPEUTICS, INC.,

    Plaintiff,

    v.

SAGE NATURALS, INC.,

    Defendant.

C.A. No. 1:17-cv-11089-RGS

**JOINT MOTION TO SUSPEND CASE DEADLINES
PENDING SETTLEMENT COMPLIANCE**

Plaintiff Sage Therapeutics, Inc. and Defendant Sira Naturals, Inc. (formerly known as Sage Naturals, Inc.) hereby jointly request the Court to suspend the deadlines for this case pending settlement compliance, until April 9, 2018.

The parties are nearing completion and execution of a settlement agreement. The parties anticipate that compliance with the key terms of the settlement agreement will be completed by April 9, 2018. After compliance with these key terms has been completed, the parties anticipate jointly moving this court to voluntarily dismiss this lawsuit. If for some unforeseen reason one or both parties fail to comply with those key terms in the time allotted, the parties may request that the case go forward and any deadlines currently pending, beginning with the deadlines for amended pleadings and joinder of parties, be re-set to accommodate any delay.

Accordingly, the parties request that this Court suspend all pending case deadlines in the Court's scheduling order (D.N. 36) until April 9, 2018.

Dated:  February 14, 2018                             Respectfully submitted,


/s/ Brandon T. Scruggs
SUNSTEIN KANN MURPHY &
TIMBERS, LLP
Lisa M. Tittemore (BBO # 567941)
Brandon T. Scruggs (BBO # 672541)
Sharona H. Sternberg (BBO # 682384)
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
Tel:      617.443.9292
Fax:     617.443.0004
Email:  ltittemore@sunsteinlaw.com
            bscruggs@sunsteinlaw.com
            ssternberg@sunsteinlaw.com

*Counsel for Sage Therapeutics, Inc.*


/s/ Brian Michaelis
Brian Michaelis (BBO # 555159)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel.     617.946.4800
Fax:    617.946.4801
Email: bmichaelis@seyfarth.com

*Counsel for Sage Naturals, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 14, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.2(b).

                                        */s/ Brandon T. Scruggs*
                                        Brandon T. Scruggs

04362/05001  2867423.1